| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF OHIO | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  ORWELL TRUMBULL PIPELINE CO LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  43-2082799

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3511 Lost Nation Road<br>Suite 213<br>Willoughby, OH 44094 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lake | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **ORWELL TRUMBULL PIPELINE CO LLC**         Case number (*if known*) _____
        Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 2

| Debtor | ORWELL TRUMBULL PIPELINE CO LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | ORWELL TRUMBULL PIPELINE CO LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2017**
MM / DD / YYYY

X **/s/ Richard M. Osborne**           **Richard M. Osborne**
Signature of authorized representative of debtor           Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Glenn E. Forbes**           Date **December 4, 2017**
Signature of attorney for debtor           MM / DD / YYYY

**Glenn E. Forbes 0005513**
Printed name

**FORBES LAW LLC**
Firm name

**166 Main Street**
**Painesville, OH 44077**
Number, Street, City, State & ZIP Code

Contact phone **440-357-6211**   Email address **bankruptcy@geflaw.net**

**0005513**
Bar number and State

Fill in this information to identify the case:
Debtor name   **ORWELL TRUMBULL PIPELINE CO LLC**
United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF OHIO**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AT & T**<br>P O Box 5080<br>Carol Stream, IL 60197-5080 | | **Utilities** | | | | $135.54 |
| **Big Oats**<br>38700 Pelton Road<br>Willoughby, OH 44094 | | **Supplier** | | | | $78.37 |
| **Cobra Pipeline Co** | | | | | | $4,466.15 |
| **CSX Transportation**<br>P O Box 116628<br>Atlanta, GA 30368-6628 | | | | | | $1,861.42 |
| **David Oil**<br>7001 Center Street<br>Mentor, OH 44060 | | **Supplier** | | | | $36,570.07 |
| **First National Bank of Pennsylvania**<br>One FNB Blvd.<br>Hermitage, PA 16148 | | **Combination of multi-county judgment liens** | | $10,669,464.77 | $0.00 | $10,669,464.77 |
| **Holland Supply Co**<br>8225 Green Meadows Drive N<br>Lewis Center, OH 43035 | | **Supplier** | | | | $2,013.47 |
| **Illuminating Co Madison**<br>P O Box 3687<br>Akron, OH 44309-3687 | | **Utilities** | | | | $61.44 |
| **Kravitz Brown & Dortch LLC**<br>65 East State Street, Suite 200<br>Columbus, OH 43215-4277 | | **Fees** | | | | $48,478.45 |

| Debtor | ORWELL TRUMBULL PIPELINE CO LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Orwell-Gas**<br>P O Box 74008599<br>Chicago, IL 60674-8599 | | **Utilities** | | | | $125.03 |
| **Rockefeller Oil**<br>7001 Center Street<br>Mentor, OH 44060 | | **Utilities** | | | | $61,431.39 |
| **Westfield Insurance**<br>P O Box 9001566<br>Louisville, KY 40290-1566 | | **Supplier** | | | | $2,390.86 |
| **Windstream**<br>P O Box 9001908<br>Louisville, KY 40290-1908 | | **Utilities** | | | | $58.92 |

AT & T
P O Box 5080
Carol Stream, IL 60197-5080


Big Oats
38700 Pelton Road
Willoughby, OH 44094


Cobra Pipeline Co


CSX Transportation
P O Box 116628
Atlanta, GA 30368-6628


David Oil
7001 Center Street
Mentor, OH 44060


First National Bank of Pennsylvania
One FNB Blvd.
Hermitage, PA 16148


Holland Supply Co
8225 Green Meadows Drive N
Lewis Center, OH 43035


Illuminating Co Madison
P O Box 3687
Akron, OH 44309-3687


Kravitz Brown & Dortch LLC
65 East State Street, Suite 200
Columbus, OH 43215-4277


Orwell-Gas
P O Box 74008599
Chicago, IL 60674-8599


Rockefeller Oil
7001 Center Street
Mentor, OH 44060

```
Westfield Insurance
P O Box 9001566
Louisville, KY 40290-1566

Windstream
P O Box 9001908
Louisville, KY 40290-1908
```

# United States Bankruptcy Court
## Northern District of Ohio

In re **ORWELL TRUMBULL PIPELINE CO LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ORWELL TRUMBULL PIPELINE CO LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Richard M. Osborne
8500 Station Street #113
Mentor, OH 44060**

☐ None [*Check if applicable*]

| | |
|---|---|
| **December 4, 2017** | **/s/ Glenn E. Forbes** |
| Date | **Glenn E. Forbes 0005513** |
| | Signature of Attorney or Litigant |
| | Counsel for **ORWELL TRUMBULL PIPELINE CO LLC** |
| | **FORBES LAW LLC** |
| | **166 Main Street
Painesville, OH 44077
440-357-6211
bankruptcy@geflaw.net** |