# Orwell Trumbull Pipeline Company LLC

3511 Lost Nation Road
Suite 213
Willoughby, OH 44094
USA

Voice: 440-255-1945
Fax: 440-255-1985

# INVOICE

Invoice Number: 11/30/17
Invoice Date: Nov 30, 2017
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| Orwell Natural Gas<br>8500 Station Street<br>Mentor, OH 44060 | Orwell Natural Gas<br>8500 Station Street<br>Mentor, OH 44060 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Orwell Natural Gas | | 12/10/17 |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Airborne | | 12/10/17 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | | Crile Rd Tap Per Dale Strickland | 6,000.00 | 6,000.00 |

*[handwritten notes: 9023 Crile Rd.  JH 11/30/17  #3K-CI-1710050019  #3K-CI-1710050020  Discount Drug Mart / Drug Mart Retail]*

| | | |
|---|---|---|
| | Subtotal | 6,000.00 |
| | Sales Tax | |
| | Total Invoice Amount | 6,000.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **6,000.00** |