# Invoice

**David Oil**
**38700 Pelton Rd**
**Willoughby, OH 44094**
**Ph: 440-951-1111**

**Orwell Natural Gas**
**8470 Station St**
**Mentor, OH 44060**

| | |
|---|---|
| **Invoice No:** | 120417 |
| **Invoice Date:** | 12/4/2017 |
| **Due By:** | 12/14/2017 |

| Date | Description | Total |
|---|---|---|
| December-17 | Activities Press Line Tap Fee | $ 6,000.00 |
| | Total | $ 6,000.00 |