## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

ORWELL TRUMBULL PIPELINE CO., LLC
*Debtor*

CASE NO. 17-17135
CHAPTER 11
JUDGE ARTHUR I HARRIS

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, Frederic P. Schwieg, Attorney at Law hereby enter his appearance as counsel for Richard M. Osborne, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address, facsimile number and telephone number or email address.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission or otherwise filed with regard to the above-referenced bankruptcy proceeding.

This Notice of Appearance and Request for Service of Papers is without prejudice to Richard M. Osborne's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of Richard M. Osborne' s rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to ' mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to

17-17135-aih    Doc 86    FILED 02/02/18    ENTERED 02/02/18 10:05:12    Page 1 of 2

which Richard M. Osborne is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Richard M. Osborne expressly reserves.

Respectfully Submitted,
/s/ Frederic P. Schwieg, Esq.

Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
Attorney for Richard M. Osborne

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice Of Appearance And Request For Service Of Papers was served on the date filed upon the following via the Court's ECF/CM systemor by U.S. mail, postage prepaid as indicated below.

Gregory P. Amend: gamend@bdblaw.com

Alison L. Archer: alison.archer@ohioattorneygeneral.gov

Scott R. Belhorn: Scott.R.Belhorn@usdoj.gov

Angelique Dennis-Noland: Angelique.dennis-noland@ohioattorneygeneral.gov

Glenn Forbes: bankruptcy@geflaw.net

Maria D. Giannirakis ust06: maria.d.giannirakis@usdoj.gov

Susan M. Gray: smgray@smgraylaw.com

Trish Lazich: Trish.Lazich@ohioattorneygeneral.gov

Matthew H. Matheney: mmatheney@bdblaw.com

Nathaniel R. Sinn: nsinn@bdblaw.com

/s/ Frederic P. Schwieg

Frederic P. Schwieg